

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00677-CV

**IN RE** Gilbert **GUEVARA**

Original Mandamus Proceeding

PER CURIAM

Sitting:    Catherine Stone, Chief Justice
            Karen Angelini, Justice
            Marialyn Barnard, Justice

Delivered and Filed:  October 8, 2014

PETITION FOR WRIT OF MANDAMUS DENIED

Relator Gilbert Guevara filed a pro se petition for writ of mandamus on September 26, 2014. Relator does not adequately identify an underlying proceeding currently pending in any court in this appellate district, the respondent judge, or the nature of the specific relief sought from this court. *See* TEX. R. APP. P. 52.3(d)(1-3), (i). In addition, relator's petition fails to satisfy several other requirements of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 52.3(a)-(k).

Mandamus will issue only to correct a clear abuse of discretion or the violation of a duty imposed by law when there is no adequate remedy by appeal. *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). The relator has the burden of providing this court with a record sufficient to establish a right to mandamus relief, including a copy of any order or other document showing the matter complained of. *See* TEX. R. APP. P. 52.3(k)(1)(A), 52.7(a) ("Relator must file with the petition [ ] a certified or sworn copy of every document that is material to the

relator's claim for relief and that was filed in any underlying proceeding"). Relator has not provided this court with a record sufficient to establish his claim for relief.

Due to the deficiencies in relator's petition and the lack of an adequate mandamus record, we are unable to determine whether the trial court has abused its discretion in any way. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM